NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHERYL MORRISON,**
*Petitioner,*

v.

**DEPARTMENT OF THE INTERIOR,**
*Respondent.*

---

2012-3046

---

Petition for review of the Federal Labor Relations Authority in case no. SF-CA-11-0064.

---

## ON MOTION

---

## ORDER

Cheryl Morrison moves for leave to proceed in forma pauperis. We also consider whether this petition should be dismissed for lack of jurisdiction.

Cheryl Morrison appears to seek review of an August 11, 2011 decision of the Office of the General Counsel of the Department of Interior, Bureau of Indian Affairs denying an appeal from the San Francisco Regional Director's dismissal of an unfair labor practice charge.

This is a court of limited jurisdiction. 28 U.S.C. § 1295. It appears that Morrison's petition regarding the Federal Labor Relations Act does not arise out of a decision of the Merit Systems Protection Board or an arbitrators' award. *See* 5 U.S.C. § 7121(f); 5 U.S.C. § 4303; 5 U.S.C. § 7512.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted. Payment of the docketing fee is waived.

(2) Morrison is directed to show cause, within 30 days of the date of filing of this order why this petition should not be dismissed. The Department of the Interior may also respond within that time.

(3) The briefing schedule is stayed.

FOR THE COURT

FEB 1 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Cheryl Morrison
    Michael D. Austin, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

JAN HORBALY
CLERK